**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

DONALD WINNETT,                                                                                          PLAINTIFF
ADC #139544

v.                                            No. 2:12CV00021 JLH-JJV

DANNY BURL, Warden, East Arkansas
Regional Unit, Arkansas Department of
Correction; *et al*.                                                                                    DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE. Dismissal of this action constitutes a "strike" for the purposes of 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 28th day of March, 2012.

                                                                                           _____
                                                                                           J. LEON HOLMES
                                                                                           UNITED STATES DISTRICT JUDGE